1  CHARLES HALLIGAN ADAIR
   Attorney at Law
2  1010 Second Avenue, Ste. 1070
   San Diego, CA 92101
3  Telephone: (619) 233-3161
   Fax:(619) 233-3127
4  Adair.c@sbcglobal.net
   State Bar No: 52163



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO: 14-CR-3032-W |
|---|---|
| Plaintiff, | ) |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| DENNY SAN MARTIN, | ) |
| Defendant | ) |

Defendant, DANNY SAN MARTIN, hereby substitutes attorney CHARLES H. ADAIR for his attorney, instead of attorney CAITLIN E. HOWARD of FEDERAL DEFENDERS.

Dated: 10/25/14

s/ Denny San Martin
DENNY SAN MARTIN
Defendant

IT IS SO ORDERED

DATED  10/27/14

UNITED STATES DISTRICT JUDGE

Page 1