# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DENNY SAN MARTIN (1),<br><br>　　　　　　　　　　Defendant. | CASE NO. 14CR3032 MMA<br><br>**JUDGMENT OF DISMISSAL** |

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that the Court has granted the motion of the Government for dismissal, without prejudice of the offense as charged in the Information:

　　18 USC 2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/11/2015

　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　U.S. District Judge